# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00884-ZLW-MJW

MARGARET A. CARTER,

    Plaintiff,

v.

WESTERN UNION LLC and
WESTERN UNION FINANCIAL SERVICES GmbH

    Defendants,

---

ORDER (Docket No. 23)

---

Upon consideration of the Plaintiff's UNOPPOSED MOTION TO AMEND CAPTION of the Defendants, it is hereby ORDERED that the Motion is hereby:

GRANTED.

It is further ORDERED that:

The caption in this matter shall be "Margaret A. Carter, Plaintiff v. Western Union LLC and Western Union Financial Services GmbH."

Dated this July 7th date of 2009.

Michael J. Watanabe
United States Magistrate Judge