IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00884-MEH-MJW

MARGARET A. CARTER,

    Plaintiff,

v.

WESTERN UNION, LLC,
WESTERN UNION FINANCIAL SERVICES GmbH,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff's Motion to Withdraw the Suit [filed December 8, 2009; docket #52], construed as a motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2), is **granted**. Thereby, the Court

    ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorney's fees.

    Dated this 9th day of December, 2009, in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge